**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

STEPHON A. THOMAS,

      **Plaintiff,**

v.                             **Civil Action No. 3:26-cv-430**

COCA-COLA CONSOLIDATED INC.,

      **Defendant.**

## <u>NOTICE OF REMOVAL</u>

Pursuant to 28 U.S.C. §§ 1331, 1343, 1441 and 1446, Defendant Coca-Cola Consolidated Inc. ("CCCI") hereby removes this action, which is now pending in the North Carolina General Court of Justice, Superior Court Division, Mecklenburg County, Civil Action No. 26-CV-020127-590, to the United States District Court for the Western District of North Carolina. In support of this removal, CCCI states as follows:

## <u>PLEAINDGS, PROCESS AND ORDERS</u>

1.      On April 13, 2026, Plaintiff Stephon Thomas ("Plaintiff") commenced this civil action by filing a Complaint in the North Carolina General Court of Justice, Superior Court Division, Mecklenburg County styled *Stephon A. Thomas v. Coca-Cola Consolidated, Inc.*, Civil Action No. 26-CV-020127-590 (hereinafter "Civil Action").

2.      Pursuant to 28 U.S.C. § 1446(a), a true and accurate copy of the Civil Summons, Complaint, and Petition to Proceed as an Indigent are attached hereto as **Exhibit A**, and constitute the only "process, pleadings, and orders" that have been served upon CCCI in the Civil Action.

3. The Complaint attempts to assert claims under the Americans with Disabilities Act ("ADA"), 42 U.S.C. §12101, *et seq.*, for discrimination, retaliation, and constructive discharge. (See Exhibit A, Complaint).

**VENUE**

4. As the case was filed in the North Carolina General Court of Justice, Superior Court Division, Mecklenburg County, this Court is the appropriate venue for removal. 28 U.S.C § 113(c) and 1441(a).

**TIMELINESS OF REMOVAL**

5. CCCI was served with a copy of the Summons and Complaint on May 5, 2026, via delivery to a security officer at its office. As such, this Notice of Removal is timely under the thirty-day rule stated in 28 U.S.C. § 1446(b).

**FEDERAL QUESTION JURISDICTION**

6. Removal is appropriate in this case based on federal question and civil rights jurisdiction. This Court has original jurisdiction under 28 U.S.C. § 1331 and 1343(a)(3) because Plaintiff's Complaint includes allegations of violation of the ADA. (Ex. A, Complaint). As a result, this case is one that may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

7. Additionally, to the extent that Plaintiff's Complaint is construed as stating a claim under North Carolina state law, federal jurisdiction may be exercised over the supplemental state law claim because it forms part of the same care or controversy. 28 U.S.C. §§ 1367 and 1441.

<u>**NOTICE TO PARTIES AND STATE COURT**</u>

8. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on Plaintiff and a copy is being filed with the North Carolina General Court of Justice, Superior Court Division, Mecklenburg County. *See* notice to State court and Adverse Parties of Removal of Action (without exhibits), attached hereto as **Exhibit B.**

<u>**RESERVATION OF RIGHTS**</u>

9. By filing this Notice of Removal, CCCI does not waive any rights or defenses and specifically reserves the right to assert any and all defenses and/or objections to which CCCI may be entitled.

**WHEREFORE,** CCCI hereby removes this action from the North Carolina General Court of Justice, Superior Court Division, Mecklenburg County to this Court.

**COCA-COLA CONSOLIDATED INC.**

*/s/ Jeffrey D. Patton*
Jeffrey D. Patton (NC State Bar #21246)
**SPILMAN THOMAS & BATTLE, PLLC**
110 Oakwood Drive, Suite 500
Winston-Salem, NC 27103
(336) 725-4710 phone
(336) 725-4476 fax
jpatton@spilmanlaw.com
A*ttorney for Defendant Coca-Cola Consolidated, Inc*.

# CERTIFICATE OF SERVICE

I, Jeffrey D. Patton, counsel for Defendant, do hereby certify that on this 2nd day of June, 2026, I electronically filed the **NOTICE OF REMOVAL** with the Clerk of the Court using the CM/ECF system, and that a copy of the same has been served upon the Plaintiff, Stephon A. Thomas, via United States First Class Mail, postage prepaid, addressed as follows:

Stephon A. Thomas
819 Norwood Drive
Charlotte, NC 28208


*/s/ Jeffrey D. Patton*
Jeffrey D. Patton (NC State Bar #21246)
**SPILMAN THOMAS & BATTLE, PLLC**
110 Oakwood Drive, Suite 500
Winston-Salem, NC 27103
(336) 725-4710 phone
(336) 725-4476 fax
jpatton@spilmanlaw.com
*Attorney for Defendant Coca-Cola Consolidated, Inc.*